UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-332(JMR/FLN)

| | | |
|---|---|---|
| William Paul Dahn, Sharon Scarrell Anderson, John Doe, Mary Doe | ) | |
| v. | ) | ORDER |
| United States of America, United States Department of Housing and Urban Development, County of Aitkin, County of Itasca, County of Crow Wing, Bank of America Esther E. McGinnis, John Doe, Mary Doe, City of St. Paul, State of Minnesota, Dorothy McClury, Paul A. Magnuson, John Tunheim, Lawrence D. Cohen, EMS 229294, Gloria Struntz, EMS 66735, Catherine Moore | ) | |

This Court previously adopted the Report and Recommendation, issued February 15, 2002, by the Honorable Franklin L. Noel, United States Magistrate Judge, and accordingly dismissed this action pursuant to 28 U.S.C. 1915(e)(2)(B)(i) & (ii). Judgment was entered on March 25, 2002.

Plaintiffs have now filed a 29-page document composed of newspaper clippings, receipts and accounting ledgers, and photocopies of what appear to be various parts of court documents, all related to plaintiff Dahn's various campaigns for political office and this lawsuit. This document is captioned "motion to reopen."

The Court can decipher no discernible basis for reopening this matter. As before, this case is frivolous and fails to state a

FILED OCT 11 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________

claim on which relief may be granted. 28 U.S.C. 1915(e)(2)(B)(i) & (ii).

Accordingly, IT IS ORDERED that:

The motion [Docket No. 11] is denied.

Dated: October 9th, 2002

JAMES M. ROSENBAUM
United States District Judge