Subj: **Fwd: Lufsky's Trial18Jun04SCAP129F County?Clarification of TrialAmicusCurieAnd**
Date: 5/18/2004 1:31:04 PM Central Daylight Time
From: Shewolfeagle
To: Tim.Pawlenty@state.mn.us, kathleen.blatz@courts.state.mn.us, kaplan@lawandpolitics.com, kathleen.gearin@courts.state.mn.us, Kathy.J.Avery@HealthPartners.Com, kathy.lantry@ci.stpaul.mn.us, kent.allin@state.mn.us, kevin.goodno@state.mn.us, kkarlson@pioneerpress.com, klehaman@mnafra.com, leslie.metzen@courts.state.mn.us, wendy_osterbeg@mnd.uscourts.gov, webmaster@vetapp.gov, webmaster@rickmotter.com, webmaster@raycox.net, webmaster@am1500.com, VoteSharon2003, veteransagainstcorruption@yahoo.com, usaomn.webmaster@usdoj.gov, tunheim_chambers@mnd.uscourts.gov, tpj@tpj.org, tomglass@juryduty.org, tnelson@pioneerpress.com, tmajeski@pioneerpress.com, tkennedy@startribune.com, timl@taxpayersleague.org, thomas.mott@courts.state.mn.us, theo@usinternet.com, theo@eternalwarriors.com, tfl@co.ramsey.mn.us, technology@knightridder.com, tax.fraud@state.mn.us, susan.m.haigh@co.ramsey.mn.us, sue.dosal@courts.state.mn.us, stpaul-owner@mnforum.org, stpaul.query@vba.va.gov, stich@unfriendlyskies.com, stich@defraudingamerica.com, steve.h.lindstrom@co.ramsey.mn.us, Steele@PlainLawTalk.com, steele@conspiracypenpal.com, stateauditor@osa.state.mn.us, sppl.info@ci.stpaul.mn.us, silha@tc.umn.edu, Shewolfeagle, sheriff2@co.aitkin.mn.us, Shelly.Watterud@state.mn.us, service@turnerpublishing.com, sen.dick.day@senate.mn, salvador.rosas@courts.state.mn.us, salesuse.tax@state.mn.us, russoleo@yahoo.com, rush@eibnet.com, rstassen-berger@pioneerpress.com, rs-attorney@co.anoka.mn.us, rosenbaum_chambers@mnd.uscourts.gov, rosenbaum@am1500.com, rookie@am1500.com, robert.b.jones@state.mn.us, richard@caught.net, richard.zimmerman@courts.state.mn.us, rich_sletten@mnd.uscourts.gov, ric.commerce@state.mn.us, rfurst@startribune.com, rep.maryliz.holberg@house.mn, rep.kurt.zellers@house.mn, recall@birrenbach.com, readerrep@startribune.com, rca@co.ramsey.mn.us, randy.kelly@ci.stpaul.mn.us, Quitam11, quitam@infionline.net, psiebert@mnlegalservices.org, propertytaxinfo@co.ramsey.mn.us, president@whitehouse.gov, PPlocher1234, postmaster@saintpaulchamber.com, postmaster@EP.EOP.GOV, plouwagie@startribune.com, pjkessler@wcco.cbs.com, pgustafson@startribune.com, pboulay@legal-ledger.com, paul.monteen@state.mn.us, paul.maatz@courts.state.mn.us, paul.clabo@co.anoka.mn.us, paul.anderson@courts.state.mn.us, pat.medure@co.itasca.mn.us, paffairs@smtp.oig.hhs.gov, pacer@psc.uscourts.gov, opinion@startribune.com, ombudsman.mhmr@state.mn.us, oig.hotline@usdoj.gov, noah.cashman@state.mn.us, niteowl57@hotmail.com, newsletter@startribune.com, newsletter@mpr.org, newsletter@citypages.com, news@kare11.com, news@findlaw.com, neil.melton@state.mn.us, mzack@startribune.com, mreeve@pioneerpress.com, montgomery_chambers@mnd.uscourts.gov, moconnell@am1500.com, mjohnson@mnafra.com, michael.moriarity@courts.state.mn.us, michael.fetsch@courts.state.mn.us, mary.pawlenty@courts.state.mn.us, marcotty@startribune.com, manuel.cervantes@ci.stpaul.mn.us, magnuson_chambers@mnd.uscourts.gov, lpeterson@mdva.state.mn.us
CC: eagle@eagleforum.org, eagledahn1

**TO THE GOVERNOR STATE OF MINNESOTA ET AL THE HON. TIM PAWLENTY Lawyers ID______________**

**Apology if in duplicate total 5 pic's Public Notice that Sharon & Bill Title 31 Whistleblowers MUST EXPOSE THE UNCONSTITUTIONAL COMMITTMENTS & RESTRAINING ORDERS + RULE 20'S MS2.724**

**CASE FIXING IS A FELONY.**

RECEIVED
MAY 19 2004
CLERK U.S. DIST. COURT
ST.PAUL. MN.

Subj: **Fwd: Check out http://www.mnd.uscourts.gov/cmecf/guides/newMNCrimAdminProc%20...**
Date: 5/16/2004 10:14:22 PM Central Daylight Time
From: [illegible]
To: [illegible]

**Sharon, Thank You For This Site.**
**Yours Truly,** S/Bill Dahn

**Bill Dahn Certified Counselor "Circle" Graduate May 23rd 2003**
**Ojb-Sioux.Res. # 408B19111 WhiteEarth MN. Medicine Man Studys**




Bill Dahn, Freedom/Justice/Humanity
[illegible]
[illegible]
Mendota Mdewakanton Dakota Community (651) 452-4141
**Candidate Ward 2 St. Paul-Elections**
[illegible]
**Title 31 Whistleblower** [illegible] US v. Cruikshank 92 US 542 (1875)
[illegible] ALWAYS [illegible] The Philosophy of Jesse Ventura
**Legal Homestead: 256 W. Morton St. St. Paul, Mn. 55107**
**PO Box 7417 St. Paul, Minn. 55107-**
**tel: 651-[illegible] or e-mail: eagledahn1@aol.com**

Forwarded Message:
Subj: **Check out http://www.mnd.uscourts.gov/cmecf/guides/newMNCrimAdminProc%20...**
Date: 5/16/2004 [illegible] PM Central Daylight Time
From: [illegible]
To: [illegible]

Tuesday, May 18, 2004 America Online: Shewolfeagle

CC: [illegible]

[illegible]
Bill 24 pages

STATE OF MINNESOTA — DISTRICT COURT

COUNTY OF RAMSEY — SECOND JUDICIAL DISTRICT

State of Minnesota, Plaintiff

v.

Bill Dahn, Defendant

**Notice of Motion and Motion for a Long Form Complaint**

Case file: 61 T1-03-049136

APR 20 2004

By

To: 1) Presiding Judge in the above entitled matter and
2) Counsel for Plaintiff, City Attorney, 500 City Hall, 15 Kellogg Boulevard, St. Paul, MN 55102, V: 651 266 8740 Fax 651 298 5532

PLEASE TAKE NOTICE that the undersigned Defendant herewith moves this court to order the Plaintiff to serve upon Defendant a Long Form Complaint, consistent with that proscribed by law as stated in Rules 2.01 2.02, and 17.02 of the Minnesota Rules of Criminal Procedure, and defined in US v. Cruikshank, 92 U.S. 542 at 558 (1892).

The undersigned Defendant is unable to file a pleading in this matter as the cause and specifics of the matter at issue have not been made clear or apparent to the undersigned, leaving the undersigned bewildered with respect to what this matter is about.

The undersigned Defendant requests that this matter be continued until after the Plaintiffs have provided the undersigned Defendant with the Long Form Complaint. Defendant stands on this filing.

Respectfully submitted,

April 16, 2004

Bill Dahn, Defendant Pro Se

Bill Dahn
823 Allen
West St. Paul, MN 55118

RECEIVED
APR 21 2004
ATTORNEY GENERAL
102 STATE CAPITOL
ST. PAUL, MN 55155

RECEIVED
APR 21 2004
CLERK OF APPELLATE COURT

**/s/ Sharon Scarrella**

**Anderson telfx: 651-776-5835 Candidate (R) 64A**

---------------

Forwarded Message:

| | |
|---|---|
| Subj: | **Re:Lufsky's Trial18Jun04SCAP129F County?Clarification of TrialAmicusCurieAnd** |
| Date: | 5/18/2004 11:52:37 AM Central Daylight Time |
| From: | Shewolfeagle |
| To: | |

Mary.M.Johnson@state.mn.us, jennifer.service@state.mn.us, kevin.goodno@state.mn.us, attorney.general@state.mn.us, rca@co.ramsey.mn.us, 4thwebmaster@courts.state.mn.us, andersonadvocates@www.msnusers.com, AngelsAdvocates, askaba@abanet.org, askalibrarian@courts.state.mn.us, askdoj@usdoj.gov, astygles@vetapp.gov, attorney@co.dakota.mn.us, attorneys.office@co.itasca.mn.us, bca.info@state.mn.us, bill.finney@ci.stpaul.mn.us, bob.fletcher@co.ramsey.mn.us, bsalisbury@pioneerpress.com, cami.l.zimmer@state.mn.us, cdefiebre@startribune.com, ceo@vetsforjustice.com, charlie.coleman@ed.gov, citizeninfo@co.hennepin.mn.us, coatty@co.aitkin.mn.us, commerce.commissioner@state.mn.us, CourtWatch@EagleForum.org, curt.brown@startribune.com, darwin.lookingbill@co.ramsey.mn.us, david.rowley@state.mn.us, david.twa@co.ramsey.mn.us, dgrow@startribune.com, dhawley@pioneerpress.com, usaomn.webmaster@usdoj.gov, webmaster@vetapp.gov, webmaster@mncounties.org, webmaster@gao.gov,

Subj: **Re:Lufsky's Trial18Jun04SCAP129F County?Clarification of TrialAmicusCurieAnd**
Date: 5/18/2004 11:52:37 AM Central Daylight Time
From: Shewolfeagle
To: Mary.M.Johnson@state.mn.us, jennifer.service@state.mn.us, kevin.goodno@state.mn.us, attorney.general@state.mn.us, rca@co.ramsey.mn.us, 4thwebmaster@courts.state.mn.us, andersonadvocates@www.msnusers.com, AngelsAdvocates, askaba@abanet.org, askalibrarian@courts.state.mn.us, askdoj@usdoj.gov, astygles@vetapp.gov, attorney@co.dakota.mn.us, attorneys.officè@co.itasca.mn.us, bca.info@state.mn.us, bill.finney@ci.stpaul.mn.us, bob.fletcher@co.ramsey.mn.us, bsalisbury@pioneerpress.com, cami.l.zimmer@state.mn.us, cdefiebre@startribune.com, ceo@vetsforjustice.com, charlie.coleman@ed.gov, citizeninfo@co.hennepin.mn.us, coatty@co.aitkin.mn.us, commerce.commissioner@state.mn.us, CourtWatch@EagleForum.org, curt.brown@startribune.com, darwin.lookingbill@co.ramsey.mn.us, david.rowley@state.mn.us, david.twa@co.ramsey.mn.us, dgrow@startribune.com, dhawley@pioneerpress.com, usaomn.webmaster@usdoj.gov, webmaster@vetapp.gov, webmaster@mncounties.org, webmaster@gao.gov, webmaster@am1500.com, vmccray@vetapp.gov
CC: Shewolfeagle, eagledahn1

**In the Matter of Lufsky v.Goodno SCAP129FCommittment Panel Order Sharon** Anderson Advocates **Amicus Curie**

**and**

**Liz Turner aka Brothers v. Goodno et.al PX04-225 Native American by "Illegal Adoption"**

**Notice of Appearance by Bill Dahn Native American REg.OIJ-Sioux #408B19111 White Earth for his cousin Liz. Thurs. at Regions Hospital Bldg.3 at 8:30am 20May04, Committing White Social Worker Kathy Cranbrook(sp) ID_______**

**Next Friends Bill Dahn & the undersigned: Have Standing for their Friend Willy Lufsky: Sharon is competant in the implementation pdf files. Waiting for Federal Registeration 3 pic's below are self explanatory.**

**Federal 02cv0332 embellezment of $150.00 filing fee by the Court. rich_sletten and Federal Judge James Rosenbaum?**

**Demand clarification of Trial Date of June 18th,04, Which County? Trial by Jury of Peers, Doctor of Choice ie: Dr. Surdy**

**Demand more visiting hours for Lufsky to prepare a proper defense as Lufsky has not been charged with a major crime, has a significant other who is a RN with a 5 yr old child and a Home to go to:**MS609

McMurrey
41-02676

Form 211 (Rev. June 1997) Department of the Treasury Internal Revenue Service

# Application for Reward for Original Information

OMB Clearance No. 1545-0409

Claim No.

This application is voluntary and the information requested enables us to determine and pay rewards. We use the information to record a claimant's reward as taxable income and to identify any tax outstanding (including taxes on a joint return filed with a spouse) against which the reward would first be applied. We need taxpayer identification numbers, i.e., social security number (SSN) or employer identification number (EIN), as applicable, in order to process it. Failure to provide the information requested may result in suspension of processing this application. Our authority for asking for the information on this form is 26 USC 6001, 6011, 6109, 7602, 7623, 7802, and 5 USC 301.

Name of claimant. If an individual, provide date of birth
(1) [illegible] Smith

Date of Birth: Month 7 Day [illegible] Year [illegible]

Claimant's Tax Identification Number (SSN or EIN): [illegible]

Name of spouse, if applicable
(2) Bill [illegible]

Date of Birth: [illegible]

Social Security Number: [illegible]

Address of claimant, including zip code, and telephone number (including area code)
(1) [illegible]

I am applying for a reward, in accordance with the law and regulations, for original information furnished, which led to the detection of a violation of the internal revenue laws of the United States and the collection of taxes, penalties, and fines. I was not an employee of the Department of the Treasury at the time I furnished the information [illegible].

Name of IRS employee to whom violation was reported: [illegible]

Title of IRS employee: [illegible]

Date violation reported: [illegible]

Method of reporting the information (check applicable box) [ ] Telephone [ ] Mail [ ] In person

Name of taxpayer who committed the violation and, if known, the taxpayer's SSN or EIN
[illegible]

Address of taxpayer, including zip code if known
[illegible]

Relative to information furnished on the above taxpayer, the Internal Revenue Service made the following payments to me or for my benefit.

Date of payment | Amount | Name of Person/Entity to Whom Payment Was Made

Under penalties of perjury, I declare that I have examined this application and my accompanying statements, if any, and to the best of my knowledge and belief, they are true, correct, and complete. I understand the amount of any reward will represent what the District or Service Center Director considers appropriate in this particular case. I agree to repay the reward, or an appropriate percentage thereof, if the collection on which it is based is subsequently reduced.

[illegible] Smith [illegible]

Signature of Claimant

Date

The following is to be completed by the Internal Revenue Service

Authorization of Reward

District/Service Center/Assistant Commissioner (International)

Sum recovered $

Amount of Reward $

In consideration of the original information that was furnished by the claimant named above, which disclosed a violation of the internal revenue laws and which led to the collection of taxes, penalties, and fines in the sum shown above, I approve payment of a reward in the amount shown above.

Signature of the Service Center Director

Date

MAIL COMPLETED FORM TO THE APPROPRIATE ADDRESS SHOWN ON THE BACK

Cat. No. 16571B

Form 211 (Rev. 6-97)

42EzGov -16021 Hy65NE

Anoka County - Ham Lake Property Taxes - **USC 3631 2004**
MS 144.651 Patient Bill of Rights

STATE OF MINNESOTA

COUNTY OF ANOKA

JUDICIAL APPEAL PANEL

JUDICIAL APPEAL PANEL NO. 129-F
Co. File No. PX-79-2697

William R. Lufsky IV,
Appellant,

vs.

Kevin Goodno, Commissioner of Human Services,
Respondent.

ORDER

OFFICE OF APPELLATE COURTS
APR - 9 2004
FILED

IT IS ORDERED that the continuation of the first-day hearing on Appellant's Petition for Rehearing and Reconsideration be scheduled for June 18, 2004 at 9:30 a.m. The second day hearing will immediately follow that same day. Said hearings will be held at the Ramsey County Government Center, Courtroom Number 131-B, 15 West Kellogg Boulevard, St. Paul, Minnesota.

Dated: April 7, 2004.

STATE OF MINNESOTA

COUNTY OF ANOKA

JUDICIAL APPEAL PANEL

JUDICIAL APPEAL PANEL No. AP049020
Co. File No. PX-79-2697

William R. Lufsky IV,
Appellant,

vs.

Kevin Goodno, Commissioner of Human Services,
Respondent.

ORDER

OFFICE OF APPELLATE COURTS
APR 1 9 2004
FILED

IT IS ORDERED: that the hearing scheduled for June 18, 2004 at 9:30 a.m. be heard at the Dakota County Northern Service Center, 1 Mendota Road, West St. Paul, MN 55118.

Dated: April 19, 2004.

BY THE COURT:

**Further Affiants Sayeth not at this time /s/ Bill Dahn Stands on his web Site for all matters http://www.angelfire.com/mn3/billdahn/index.html**

**DEMAND GRAND JURY ON THE BIZZARE COMMITTMENT PROCESS'S STEMMING FROM UNFindLaw for Legal ProfessionalsCONSTITUTIONAL PRIOR RESTRAINING ORDERS M.S. 609.748**
Brown v Board Education Topeka Kansas(1954)

**LUFSKY HAS BEEN AT ST.PETER FOR (5) YEARS,IIZ HAS BEEN ILLEGALLY HELD IN THE RAMSEY COUNTY JAIL FOR 3 WEEKS.............................CPL JAMES ANDERSON WAS**USCAVC Docket 03-0639 Sharon L. Anderson **MURDERED (3)**

**YEARS AGO UNABATED BY PUBLIC OFFICIALS**

**THE PUBLIC HAS A RIGHT & PRIVILEDGE TO KNOW WHAT THEY ARE PAYING FOR..........** Sharon Anderson

/s/ Sharon Anderson dba Anderson+Advocates(R)Candidate64A Pacer ID SA1299
**Attorney ProSe**Legal Domicle:**1058 Summit Duplextelfx:651-776-5835**
**CM/ECFMNloginCivilRules51304_24pdf**



Gypsyrose

/s/ Bill Dahn
Atty ProSe
# 651-453-1992
Res #408B19111 White Earth MN. Res.

**http://www.msnusers.com/AndersonAdvocates** shewolfeagle@aol.com
USCAVC Docket 03-0639 Sharon L. Anderson Salute The Troops& Cpl. James R. Anderson USMC:11028855 VetsForJustice
http://www.pdf995.com forencis Angels Advocate Tutorial District Court CM/ECF Home Page Shewolfeagle AOL Pages Rule-of-Law
http://mnafra.com



Subj: **Fwd: Check out http://www.mnd.uscourts.gov/cmecf/guides/newMNCrimAdminProc%20...**
Date: 5/16/2004 10:14:22 PM Central Daylight Time
From: eagledahn1
To: Shewolfeagle, eagledahn1

/s/ Sharon Anderson
Dated 19 May 04

**Sharon, Thank You For This Site.**
**Yours Truly,** /s/ Bill Dahn # 651-4531992
Atty ProSe
eagledahn1@Aol.com

/s/ Bill Dahn
5/19/04

**Bill Dahn Certified Counselor "Circle"Graduate May 23rd 2003**
**Ojb-Sioux,Res. # 408B19111 WhiteEarth MN. Medicine Man Studys**




**Bill Dahn, Freedom/Justice/Humanity**
**FAIR-HOUSING ACT, 42 USC 3631**
**http://www.health.gov/environment/mcs/toc.htm**