UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-332 (JMR/FLN)

| | | |
|---|---|---|
| William Paul Dahn, Sharon Scarella Anderson, John Doe, Mary Doe | ) | |
| v. | ) | ORDER |
| United States of America, United State Department of Housing and Urban Development, County of Aitkin, County of Itasca, County of Crow Wing, Bank of America, Esther E. McGinnis, John Doe, Mary Doe, City of St. Paul, State of Minnesota, Dorothy McClury, Paul A. Magnuson, John Tunheim, Lawrence D. Cohen, EMS 229294, Gloria Struntz, EMS 66735, Catherine Moore | ) | |

This Court previously adopted the Report and Recommendation, issued February 15, 2002, by the Honorable Franklin L. Noel, United States Magistrate Judge, and accordingly dismissed this action pursuant to 28 U.S.C. 1915(e)(2)(B)(i) & (ii). Judgment was entered on March 25, 2002.

On September 6, 2002, Plaintiffs moved to reopen this matter, submitting a 29-page document composed of newspaper clippings, receipts and accounting ledgers, and photocopies of what appeared to be various parts of court documents. This Court found no discernible basis for reopening the matter and denied Plaintiffs' motion.

Plaintiffs have now filed another Motion to Reopen, with

exhibits submitted on a CD-ROM. [Docket No. 17]. The materials on the CD-ROM are comprised of this District's Electronic Case Filing Procedures (rev. April 16, 2004), banking records, what appear to be various parts of court documents, correspondence with state officials, portions of the docket sheet in this case, various e-mails, an ECF access application, and a magazine article. The documents total over 250-pages.

As this Court concluded in ruling upon Plaintiffs' prior Motion to Reopen, there is no discernible basis for reopening this matter. This case remains frivolous and fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(E)(i) & (ii).

Accordingly, IT IS ORDERED THAT:

The motion [Docket No. 17] is denied.

Dated: May 15, 2006

s/James M. Rosenbaum
JAMES M. ROSENBAUM, Chief
United States District Judge